790

■ In the Matter of the Estate of BRIDGET A. DALY, Deceased.— Motion to dismiss appeal granted, with $10 costs. Concur—Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JACOB BROWNSTEIN and GEORGE S. MEISSNER.— Motion for an enlargement of time granted insofar as to extend the appellants' time within which to perfect their appeal to the January 1963 Term of this court. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ RICHARD ARANZULLO, an Infant, by His Guardian ad Litem, EDITH NAPOLI, v. COLLINS PACKING COMPANY.— Motion for leave to appeal as poor persons granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorney for the respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ FELIX KRAUTH v. RICHMOND MEMORIAL HOSPITAL.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before December 4, 1962 with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ JILL CASHMAN, on Behalf of KIM et al., v. IRWIN CASHMAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 25, 1962, with notice of argument for November 7, 1962, said appeal to be argued or submitted when reached. Concur—Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN ROSS.— Motion for leave to appeal as a poor person denied as academic since the relief sought was granted by this court by order entered July 20, 1962. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT EPPS.— Motion for an enlargement of time granted and the time of the appellant to argue or submit the appeal is enlarged to the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur—Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.